The People of the State of New York, Respondent, v Kamora Buckhalter, Appellant. [953 NYS2d 179]—

Concur—Tom, P.J., Andrias, Saxe, DeGrasse and Manzanet-Daniels, JJ.